Theresa Mains, Esq.
*Admitted Pro Hac Vice*
Nevada Bar 13373
2251 N. Rampart Blvd. #102
Las Vegas, NV  89128
954-520-1775/ Fax 702-852-1127
Theresa@TheresaMainsPA.Com

*Former Attorney for Debtor Mark Crone*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>MARK ELIAS CRONE,<br><br>Debtor;<br><br>―<br><br>CKR LAW, LLP,<br><br>Plaintiff,<br><br>vs.<br><br>MARK ELIAS CRONE, an Individual<br><br>Defendant. | CASE NO: 2:17-bk-12392-BR<br><br>Chapter 7<br><br>Adv. No. 2:17-ap-01310-BR<br><br>**NOTICE OF MOTION AND MOTION OF WITHDRAWAL OF COUNSEL FOR MARK CRONE** |

-1-

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN that Theresa Mains, Esq.,** appearing by permission under LBR 2090-1(b) and James DeSimone, Esq. as Theresa Mains, Esq.'s Designee, hereby seeks leave of this Honorable Court to withdraw as counsel of record for Defendant/Debtor Mark Crone pursuant to LR 2091-1 and Rule 3-700 of the California Rules of Professional Conduct.

Dated: May 19, 2018

Respectfully submitted,

 /s/Theresa Mains
Theresa Mains, Esq. MAcc, CFE
2251 N. Rampart Blvd., Suite 102
Las Vegas, Nevada 89128
Theresa@TheresaMainsPA.com
*Former Attorney for Defendant/Debtor*
*Mark Crone*

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY COURT JUDGE AND TO ALL INTERESTED PARTIES:**

Theresa Mains, Esq., admitted by permission under LBR 2090-1(b) with James DeSimone, Esq., designated as local counsel as per LBR 2090-1(b)(3) hereby submits this Motion seeking leave of Court for withdrawal of Theresa Mains, Esq. as counsel of record for Defendant Mark Crone.

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

Pursuant to LR 2091-1 and Rule 3-700 of the California Rules of Professional Conduct seeks leave of this Court and states the following grounds for this notice and Motion:

1.  This Court granted Theresa Mains leave to appear Pro Hac Vice in the Action pursuant to its July 14, 2017 Order.

2.  Theresa Mains has represented Defendant and has appeared in several proceedings for Defendant.

3.  As per Rule 3-700(c)(5) of the California Rules of Professional Conduct, permissive withdrawal is warranted because the Defendant/Client "knowingly and freely assents to termination of the employment."

4.  Theresa Mains has unforeseen issues that need to be attended to and representation has become and will continue to become burdensome economically and logistically.

5.  Theresa Mains' withdrawal will not cause any prejudice or delay in this case. Defendant has counsel active in his representation and who has appeared on behalf of Defendant in several hearings.

6.  Given the insubstantial nature of this Motion, as well as the substantial burden to all parties, including Movant who resides in Las Vegas, Nevada, in travelling and attending a hearing on this Motion, Movant respectfully requests that this Court waive oral argument.

**CONCLUSION**

For all of these reasons discussed, Movant Theresa Mains respectfully requests that this Court waive oral argument on this Motion and grant Theresa Mains leave to withdraw as counsel *pro hac vice* in this matter, and enter an Order stating that Movant has so withdrawn.

Dated:  May 19, 2018

Respectfully submitted,

 /s/Theresa Mains
Theresa Mains, Esq. MAcc, CFE
2251 N. Rampart Blvd., Suite 102
Las Vegas, Nevada 89128
Theresa@TheresaMainsPA.com
*Former Attorney for Defendant/Debtor Mark Crone*