1  **J. BENNETT FRIEDMAN, ESQ., SBN 147056**
   *jfriedman@flg-law.com*
2  **MICHAEL SOBKOWIAK, ESQ., SBN 242718**
   *msobkowiak@flg-law.com*
3
   **FRIEDMAN LAW GROUP, P.C.**
4  1900 Avenue of the Stars, 11th Fl.
   Los Angeles, California 90067
5  Telephone: (310) 552-8210
   Facsimile: (310) 733-5442
6
7  Attorneys for Plaintiff CKR Law, LLP

**FILED & ENTERED**

**OCT 25 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:17-bk-12392-BR |
| **MARK ELIAS CRONE,** | Chapter 7 |
| Debtor. | Adv. No. 2:17-ap-01310-BR |
| | **ORDER GRANTING PLAINTIFF CKR LAW, LLP'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS, OR, IN THE ALTERNATIVE, TO STRIKE AFFIRMATIVE DEFENSES** |
| **CKR LAW, LLP** | |
| Plaintiff, | **Hearing** |
| vs. | Date:  October 16, 2018 |
| **MARK CRONE,** | Time:  10:00 a.m. |
| Defendant. | Place: Courtroom 1668 |
| | Royal Federal Building |
| | 255 East Temple Street |
| | Los Angeles, California 90012 |

A hearing was held on October 16, 2018 at 10:00 a.m. on Plaintiff CKR Law, LLP's ("Plaintiff") *Motion For Partial Judgment On The Pleadings, Or, In The Alternative, To Strike Affirmative Defenses* ("Motion") [Dkt. No. 132]. J. Bennett Friedman, Esq. of Friedman Law Group, P.C. appeared on behalf of Plaintiff. Leslie Cohen, Esq. of Leslie Cohen Law PC appeared on behalf of Defendant Mark Crone.

The Court, having considered the Motion, all documents filed in support of or in opposition thereto, and good cause appearing:

**IT IS HEREBY ORDERED** that the Motion is granted in its entirety on both grounds, as articulated on the record.

###

Date: October 25, 2018

_____
Barry Russell
United States Bankruptcy Judge

2