Leslie A. Cohen, Esq. (SBN: 93698)
leslie@lesliecohenlaw.com
J'aime K. Williams Esq. (SBN 261148)
jaime@lesliecohenlaw.com
LESLIE COHEN LAW, PC
506 Santa Monica Blvd., Suite 200
Santa Monica, CA 90401
Telephone:  (310) 394-5900
Facsimile:  (310) 394-9280

Attorneys for Debtor And Defendant Mark Crone

**FILED & ENTERED**

**OCT 25 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MARK ELIAS CRONE,<br><br>　　　　　　Debtor<br><br>CKR LAW, LLP,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MARK ELIAS CRONE,<br><br>　　　　　　Defendant | Case No. 2:17-bk-12392-BR<br><br>Adv. No.: 2:17-ap-01310-BR<br><br>Chapter 7<br><br>**ORDER DENYING DEBTOR'S MOTION FOR ORDER GRANTING LEAVE TO AMEND ANSWER TO ADD COUNTERCLAIM**<br><br>Hearing Information:<br>Date: October 16, 2018<br>Time: 10:00 a.m.<br>Courtroom: 1668 |

A hearing was held on October 16, 2018 to consider the *Debtor's Motion For Order Granting Leave To Amend Answer To Add Counterclaim* ("**Motion**") [Docket No's. 126] filed by Mark Elias Crone, Debtor and Defendant in the above-captioned adversary proceeding, ("**Defendant**" or "**Debtor**"). Appearances were noted on the record.

Considering the Motion and the opposition filed in response thereto, and considering the representations at the hearing, the record in this case, and the Court finding notice of this matter is appropriate under the circumstances, for the reasons stated at the hearing therefore:

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is denied without prejudice.

###

Date: October 25, 2018

Barry Russell
United States Bankruptcy Judge