J. BENNETT FRIEDMAN, ESQ., SBN 147056
*jfriedman@flg-law.com*
MICHAEL SOBKOWIAK, ESQ., SBN 242718
*msobkowiak@flg-law.com*

**FRIEDMAN LAW GROUP, P.C.**
1900 Avenue of the Stars, 11th Fl.
Los Angeles, California 90067
Telephone: (310) 552-8210
Facsimile: (310) 733-5442

Attorneys for Plaintiff CKR Law, LLP

# UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>MARK ELIAS CRONE,<br><br>Debtor.<br>_____<br><br>CKR LAW, LLP,<br><br>Plaintiff,<br><br>vs.<br><br>MARK ELIAS CRONE,<br><br>Defendant.<br>_____ | LEAD CASE NO.: 2:17-bk-12392-BR<br><br>Chapter 7<br><br>ADV. CASE NO.: 2:17-ap-01310-BR<br><br>**STIPULATION UNDER FED. R. CIV. P. 41(A) AND FED. R. BANKR. P. 7041 TO DISMISS ADVERSARY PROCEEDING WITH PREJUDICE**<br><br>[No Hearing Required] |

1

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, AND ALL PARTIES-IN-INTEREST HEREIN:**

This *Stipulation Under Fed. R. Civ. P. 41(a) and Fed. R. Bankr. P. 7041 to Dismiss with Prejudice Adversary Proceeding Arising Under 11 U.S.C. § 523* ("Stipulation") is entered into between plaintiff CKR Law, LLP ("CKR Law"), and defendant Mark Crone ("Crone," and collectively with CKR Law, the "Parties"), by and through their respective attorneys' of record. This Stipulation is made with reference to the following facts:

    A.    On February 18, 2017, Crone filed a voluntary petition under chapter 7 of the Bankruptcy Code.[1]

    B.    On June 12, 2017, CKR Law initiated the above adversary proceeding ("Adversary Proceeding") by filing its *Complaint for Determination of Dischargeability of Debt Pursuant to Section 523 of the Bankruptcy Code.*

    C.    On December 27, 2017, CKR Law filed its *First Amended Complaint for Determination of Dischargeability of Debt Pursuant to Section 523 of the Bankruptcy Code* ("First Amended Complaint").

    D.    No claims under Bankruptcy Code section 727 have been asserted in the Adversary Proceeding.

    E.    On May 6, 2018, Crone filed *Defendant's Answer to Amended Complaint and Affirmative Defenses*, denying CKR Law's claims asserted in the Amended Complaint.

    F.    On December 13, 2018, the Parties entered into a Settlement Agreement, which provides for dismissal with prejudice of the Adversary Proceeding, with the Parties to bear their respective attorneys' fees and costs.

    **WHEREFORE**, subject to court approval, the Parties stipulate as follows:

    1.    The Adversary Proceeding is dismissed with prejudice, with the Parties to each bear his or its own attorneys' fees and costs.

    2.    The undersigned represent and warrant that they have the authority to enter into this

---

[1] 11 U.S.C. §§ 101, *et seq.*

Stipulation on behalf of their respective clients.

    3.    This Stipulation may be signed in counterparts, which, when taken as a whole, shall constitute one and the same document.

Dated: January 17, 2019

FRIEDMAN LAW GROUP, P.C.

By: /s/ Michael Sobkowiak
Michael Sobkowiak, Esq.
Attorneys for CKR Law, LLP

Dated: January 17, 2019

LESLIE COHEN LAW PC

By: /s/ Leslie Cohen
Leslie Cohen, Esq.
Attorneys for Mark Crone

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1900 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **STIPULATION UNDER FED. R. CIV. P. 41(A) AND FED. R. BANKR. P. 7041 TO DISMISS ADVERSARY PROCEEDING WITH PREJUDICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 1/17/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;odalys@lesliecohenlaw.com
- **Howard M Ehrenberg (TR)**    ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com
- **J. Bennett Friedman**    jfriedman@flg-law.com, msobkowiak@flg-law.com;jmartinez@flg-law.com
- **David M Goodrich**    dgoodrich@wgllp.com, vrosales@wgllp.com;kadele@wgllp.com
- **Michael D Sobkowiak**    msobkowiak@flg-law.com, jmartinez@flg-law.com;jfriedman@flg-law.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 1/17/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Hon. Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/17/2019 | Jackeline Martinez | /s/Jackeline Martinez |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012 **F 9013-3.1.PROOF.SERVICE**